UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:22-CR-79-1



FILED IN OPEN COURT
ON 11-21-2022 BG
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | INDICTMENT |
| MELISSA AMBER MCROY, | |

The Grand Jury charges that:

## COUNT ONE

Beginning at a date unknown, but no later than in and around April 2022, and continuing up to and including on or about July 13, 2022, in the Eastern District of North Carolina, and elsewhere, defendant herein, MELISSA AMBER MCROY, did knowingly and intentionally combine, conspire, confederate and agree with other persons, known and unknown to the Grand Jury, to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846.

1

## COUNT TWO

On or about June 23, 2022, in the Eastern District of North Carolina, MELISSA AMBER MCROY, defendant herein, did knowingly and intentionally distribute five (5) grams or more of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about July 13, 2022, in the Eastern District of North Carolina, MELISSA AMBER MCROY, defendant herein, aiding and abetting another, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

## FORFEITURE NOTICE

Notice is hereby given that all right, title and interest in the property described herein is subject to forfeiture.

Upon conviction of any felony violation of the Controlled Substances Act charged herein, the defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the said offense, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said offense.

If any of the above-described forfeitable property, as a result of any act or omission of a defendant: cannot be located upon the exercise of due diligence; has been transferred or sold to, or deposited with, a third party; has been placed beyond the jurisdiction of the court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty;

[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A TRUE BILL:

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

FOREPERSON

DATE: 11/21/2022

MICHAEL F. EASLEY, Jr.
United States Attorney

*Chr* FOR

BY: KATHERINE E. SCHUH
Assistant United States Attorney

4